# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>                              Petitioner,<br>v.<br>WILLIAM RENBART, et al.,<br><br>                              Respondents. | Case No. 2:22-cv-01755-GMN-EJY<br><br>**ORDER** |

    Petitioner seeks an extension of time to file either file a notice of appearance or indicate whether the Federal Public Defender is unable to represent Petitioner in this case. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

    It is therefore ordered that Petitioner's first Motion for Extension of Time (ECF No. 17) is GRANTED. Petitioner has until November 30, 2023, to respond to the Court's appointment order.

DATED: November 15, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE