# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>W.A. BILL GITTERE, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:22-cv-01755-GMN-EJY<br><br>**ORDER** |

　　　Respondents filed an Unopposed Motion for Enlargement of Time (Second Request) ("Motion" (ECF No. 51)) seeking an additional 30 days to respond to Petitioner Steven Eric Gould's Amended Petition for Writ of Habeas Corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the Motion.

　　　It is therefore ordered that Respondents' Unopposed Motion for Enlargement of Time (Second Request) to respond to the Amended Petition **[ECF No. 51] is granted.** Respondents have until March 6, 2025, to file their response to the Amended Petition.

　　　DATED: February 10, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE