# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN ERIC GOULD,

      Petitioner,

v.

W.A. BILL GITTERE, et al.,

      Respondents.

Case No. 2:22-cv-01755-GMN-EJY

**ORDER**

   Respondents filed an Unopposed Motion for Enlargement of Time (Third Request) ("Motion" (ECF No. 54)) seeking permission to file their response to the Petitioner Steven Eric Gould's Amended Petition for Writ of Habeas Corpus 45 days after the remittitur issues in Nevada Supreme Court Case No. 89547 ("state case").

   In February of 2024, Petitioner filed a motion to stay these federal proceedings. ECF No. 24. The Court granted the stay on August 16, 2024. ECF No. 39. The Court granted Petitioner's subsequent motion to reopen the case and the case is now open. ECF Nos. 41; 45. Petitioner has not requested further stay of this case, and Petitioner does not indicate remittitur will lead to a motion to further amend the petition. The Court therefore denies the request that Respondents' response to the Amended Petition is due after issuance of the remittitur in the state case. The Court will, however, grant Respondents 45 days to respond to the Amended Petition.

   It is therefore ordered that Respondents' Unopposed Motion for Enlargement of Time (Third Request) to respond to the Amended Petition **[ECF No. 54] is denied in part and granted in part.** Respondents have until **April 21, 2025**, to respond to the Amended Petition.

   DATED: March 7, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE