# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD, | Case No. 2:22-cv-01755-GMN-EJY |
| Petitioner, | |
| v. | **ORDER** |
| WILLIAM RENBART, et al., | |
| Respondents. | |

Petitioner seeks an extension of time to file his opposition to Respondents' motion to dismiss. ECF No. 62. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Petitioner's first unopposed Motion for Extension of Time (ECF No. 62) is GRANTED. Petitioner has until June 15, 2025, to file his opposition.

DATED: May 8, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1