**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVEN ERIC GOULD,

Petitioner,

v.

WILLIAM RENBART, et al.,

Respondents.

Case No. 2:22-cv-01755-GMN-EJY

**ORDER**

Respondents seek an extension of time to file their Reply in support of the Motion to Dismiss. ECF No. 67.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Respondents' first unopposed Motion for Extension of Time (ECF No. 67) is GRANTED.  Respondents have until June 13, 2025, to file their Reply.

DATED:  May 23, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1