**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVEN ERIC GOULD,

                        Petitioner,

    v.

BILL GITTERE, et al.,

                       Respondents.

Case No. 2:22-cv-01755-GMN-EJY

**ORDER**

This habeas action is brought by Petitioner Steven Eric Gould under 22 U.S.C. § 2254. Respondents filed a Motion to Strike, Motion for Clarification, and Motion to Extend Time. ECF Nos. 89, 97, 101. Also pending before the Court is Gould's Motion to Take Judicial Notice and Motion to Disqualify Judge and Change Venue. ECF Nos. 91, 93. For the reasons discussed below, the Court grants Respondents' Motion to Strike, strikes Gould's *pro se* filings, and grants Respondents' Motion to Extend.

**I.    Background**

Gould filed his *pro se* federal habeas Petition. ECF No. 4. Following the appointment of the Federal Public Defender's Office ("FPD") to represent Gould, he filed an amended Petition. ECF No. 32. Due to a fast-approaching statutory deadine, the FPD also filed a protective state habeas Petition on Gould's behalf. ECF No. 59-20. The Court granted Respondents' Motion to Disqualify, vacated the appointment of the FPD, and appointed substitute counsel. ECF No. 83.

On November 20, 2025, Gould filed a purported first amended Petition *pro se*. ECF No. 86. On the same day, the Court entered an order appointing his current counsel *nunc pro tunc* to November 7, 2025. ECF No. 87. Gould also filed a Motion to take Judicial Notice and a Motion to Disqualify Judge and Change Venue in proper person. ECF Nos. 91, 93. On February 18, 2026, Gould adopted all claims filed in his amended Petition that was filed by the FPD and filed a Supplement to the amended Petition. ECF No. 96.

///

///

///

1

## II.     Discussion

### a.  Motion to Strike

Respondents move to strike Gould's *pro se* purported first amended Petition on the basis that Gould cannot file papers in proper person while represented by counsel. ECF No. 89. "It is well established that district courts have inherent power to control their docket," including the power to strike improperly filed items from the docket. *Ready Transp. Inc. v. AAR Mfg. Inc.,* 627 F.3d 402, 404 (9th Cir. 2010). Because counsel has been appointed to represent Gould, he may not file motions / documents with the Court. Local Rule IA 11-6(a).

Accordingly, the Court grants Respondents' motion to strike and strikes Gould's purported first amended Petition (ECF No. 86) as well as his *pro se* Motions (ECF Nos. 91, 93). The Clerk of the Court is kindly instructed to strike Gould's *pro se* first amended Petition (ECF No. 86), Motion to Take Judicial Notice (ECF No. 91), and Motion to Disqualify District Judge and Change Venue (ECF No. 93).

### b.  Motion for Clarification

Respondents request clarification as to whether Gould intends to file a second amended Petition. ECF No. 97. Following a response and reply, Gould has since filed a second amended Petition. ECF No. 100. Accordingly, the Court denies Respondents' Motion for Clarification as moot.

### c.  Motion to Extend

Respondents seek an extension of time to file their response to Gould's second amended Petition. ECF No. 62. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion. Respondents have 60 days from the date of this Order to file their response to Gould's second amended Petition.

## III.    Conclusion

It is therefore ordered that Respondents' Motion to Strike (ECF No. 89) is granted. The Clerk of the Court is kindly directed to strike Gould's *pro se* first amended Petition (ECF No. 86), Motion to Take Judicial Notice (ECF No. 91), and Motion to Disqualify District Judge and Change Venue (ECF No. 93).

It is further ordered that Respondents' Motion for Clarification (ECF No. 97) is denied as moot.

It is further ordered that Respondents first unopposed Motion to Extend (ECF No. 101) is granted.  Respondents have 60 days from the date of this Order to file their response to Gould's second amended Petition.  All other instructions stated in the scheduling Order (ECF No. 87) remain in effect.

DATED:    May 15, 2026

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE